1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   RUSSELL W. CHITTENDEN
4  Assistant United States Attorney
   California Bar Number 112613
5         Federal Building, Suite 7516
          300 North Los Angeles Street
6         Los Angeles, California 90012
          Telephone: (213) 894-2444
7         Facsimile: (213) 894-7819

8  Attorneys for Defendant
   Charles E. Johnson, Acting, Secretary of United States
9  Department of Health and Human Services

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES HAVEN HOSPICE, INC., a California corporation, | No. CV 08-4469 GW (RZx) |
| Plaintiff, | [PROPOSED] JUDGMENT |
| v. | [Local Rule 56-1] |
| KATHLEEN SEBELIUS, Secretary of United States Department of Health and Human Services, | DATE: July 20, 2009 |
| | TIME: 8:30 a.m. |
| Defendants. | PLACE: Courtroom of the Honorable George H. Wu |

1   The Motion For Summary Judgment of defendant Kathleen Sebelius, the Secretary of the United States Department of Health and Human Services, ("the Secretary") came on regularly for hearing on July 13, 2009, before the Honorable George H. Wu, United States District Judge, and the Court having considered the pleadings, memorandum of points and authorities, evidence and the oral argument at the hearing;

   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Secretary's Motion For Summary Judgment is granted and this action is hereby dismissed.

   DATED: This __ Day of ____, 2009.

   _____
   UNITED STATES DISTRICT JUDGE

PRESENTED BY:

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

*/s/ Russell W. Chittenden*
RUSSELL W. CHITTENDEN
Assistant United States Attorney

Attorneys for Defendant